**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| STEFANY M. ARAUJO BERMUDEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-00179-JD |
| | ) | |
| FRED FIGUEROA, | ) | |
| | ) | |
| Respondent. | ) | |

**<u>JUDGMENT</u>**

Pursuant to the Court's Order filed today, the Court dismisses as moot Petitioner's

Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 1].

Entered this 6th day of April 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE